UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMKIN CORPORATION<br><br>                          Plaintiff,<br><br>v.<br><br>ACUSHNET COMPANY<br><br>                          Defendant. | Case No.:  19cv1117-LAB (AHG)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a notice of voluntary dismissal with prejudice. Defendant has not answered or otherwise appeared. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: April 20, 2020

*Larry A. Burns*
Honorable Larry Alan Burns
Chief United States District Judge